UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**In re: Thomas A Hansen, Jr. &**             Case No.: 8:12-bk-15400-CPM
     **Beverly J Hansen**                             Chapter 13

       Debtor(s).
_____/

### DEBTORS' OBJECTION TO CLAIM NO. 10
_____

### Important Notice and Opportunity to Object

**Pursuant to Local Rule 2002-4, the Court will consider this pleading without further notice or hearing unless a party in interest files an objection within 30 days from the date of service of this pleading. If you object to the relief requested herein, you must file your objection with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899, and serve a copy on the Trustee, RICHARD M. DAUVAL, at PO Box 13607, St. Petersburg, FL 33733.**

**If you file and serve a timely objection, the Court may schedule a hearing and you will be notified. If you do not file a timely objection, the Court will consider that you do not oppose the granting of the relief requested in the pleading and will proceed to consider the pleading without further notice or hearing, and may grant the relief requested.**
_____

       The Debtors, Thomas A Hansen, Jr. & Beverly J Hansen, by and through their undersigned attorney, files this Objection to Claim No. 10 filed by Candica, LLC, c/o Weinstein and Riley, PS , (hereinafter the "Claimant") and states as follows:

1. Claim No. 10 was timely filed by Claimant on 11/28/2012.

2. The claim does not set forth sufficient information, nor does it attach sufficient documentation, to allow the Debtors to ascertain whether or not it is barred by the Statute of Limitations.

3. Pursuant to Section 502(b)(1) of the Bankruptcy Code, a claim that is unenforceable against the Debtor(s) is not allowed as a claim in a Chapter 13 case; therefore, the

Claimant must provide sufficient information or documentation to support the enforceability of its claim.

WHEREFORE, the Debtors pray that this Court enter an Order disallowing Claim No. 10 inasmuch as it has been filed without sufficient information or documentation to support the enforceability of the claim against the Debtor(s) and for any other relief which this Court deems just.

        Respectfully submitted,

        /s/ Ryan Singleton, Esq.
        **Ryan N. Singleton, Esq., FBN 0023502**
        3900 First Street North, Suite 100
        St. Petersburg, FL  33703
        (727) 327-3328

## **CERTIFICATE OF SERVICE**

I CERTIFY that on October 16, 2013 a true and correct copy of the foregoing was served by electronic delivery or U.S. Mail to the following:

**Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602

**Candica, LLC, c/o Weinstein and Riley, PS , Attn: Richard S. Ralston**, 2001 Western Avenue, Ste 400, Seattle, WA 98121

**Thomas A Hansen, Jr., & Beverly A Hansen**, 9707 Portside Terrace, Bradenton, FL 34212

        /s/ Ryan Singleton, Esq.
        **Ryan N. Singleton, Esq., FBN 0023502**
        3900 First Street North, Suite 100
        St. Petersburg, FL  33703
        (727) 327-3328